1
2
3
4
5
6
7
8        **UNITED STATES DISTRICT COURT**
9        **EASTERN DISTRICT OF CALIFORNIA**
10

| | | |
|---|---|---|
| JARROD HOEFLE, | ) | Case No.: 1:12-cv-01719 - JLT |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING EXTENSION OF TIME |
| | ) | |
| v. | ) | (Doc. 17) |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

On May 17, 2013, the parties filed a stipulation for Defendant to have an extension of thirty days to file a response to Plaintiff's opening brief.  (Doc. 17).  The Scheduling Order allows a single thirty-day extension by the stipulation of parties (Doc. 6-1 at 4), and this is the first extension requested by the parties.

Accordingly, **IT IS HEREBY ORDERED**:

1.      Defendant's request for an extension of time is **GRANTED**.

2.      Defendant **SHALL** file an opposition to the opening brief on or before **June 5, 2013**.

IT IS SO ORDERED.

Dated:   **May 21, 2013**                     **/s/ Jennifer L. Thurston**
                                  UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28