UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARROD HOEFLE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.: 1:12-cv-01719 - JLT<br><br>AMENDED ORDER GRANTING EXTENSION OF TIME<br><br>(Doc. 17) |

On May 17, 2013, the parties filed a stipulation for Defendant to have an extension of thirty days to file a response to Plaintiff's opening brief. (Doc. 17). The Scheduling Order allows a single thirty-day extension by the stipulation of parties (Doc. 6-1 at 4), and this is the first extension requested by the parties.

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant's request for an extension of time is **GRANTED**.

2. Defendant **SHALL** file an opposition to the opening brief on or before **July 5, 2013**.

IT IS SO ORDERED.

Dated:   **May 22, 2013**              **/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1